No. 76–449. PERSICO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–465. CITY OF ALEXANDRIA v. UNITED STATES ET AL.; and

No. 76–476. ROBINSON TERMINAL WAREHOUSE CORP. ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–480. ROBERTSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–486. DE LUTRO v. UNITED STATES;
No. 76–612. SOLDANO v. UNITED STATES;
No. 76–640. LUCAS v. UNITED STATES;
No. 76–5503. BOLELLA v. UNITED STATES; and
No. 76–5603. MAGNANO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–503. MATYA ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–523. CHURCH OF SCIENTOLOGY OF CALIFORNIA v. ALLARD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–526. FIRST NATIONAL BANK OF FORT COLLINS v. STATE BANKING BOARD OF COLORADO ET AL. C. A. 10th Cir. Certiorari denied.

No. 76–561. BERRADA v. UNITED STATES;
No. 76–5565. CONTRERAS v. UNITED STATES; and
No. 76–5573. DI GISO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–567. WEST PENN POWER CO. v. TRAIN, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. 3d Cir. Certiorari denied.